**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Marc Barreca
Chapter 7
Hearing Location: Seattle
Hearing Date: May 2, 2014
Hearing Time: 9:30 a.m.
Response Date: April 25, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

MUSTAFA NASIR DARRAR AND
BINISH ZIA

DEBTORS.

**NO.: 14-12099-MLB**

**ORDER GRANTING RELIEF FROM STAY TO CENTRAL MORTGAGE COMPANY**

This matter came before the Court upon Central Mortgage Company's ("Creditor") motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Central Mortgage Company's motion and further as to the property located at 14605 Northeast 34th Street, Apt. H1, Bellevue, Washington 98007-8559 ("Property") and legally described as set forth in the Deed of Trust already on file. NOW, THEREFORE, IT IS HEREBY:

Order Granting Relief From Stay
Page - 1

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Central Mortgage Company, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Central Mortgage Company's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented by:
**RCO LEGAL, P.S.**

/s/ Jennifer L Aspaas
   James K. Miersma, WSBA# 22062
   Lance Olsen, WSBA# 25130
☑ Jennifer L. Aspaas, WSBA# 26303
   Michelle R. Riel, WSBA# 42090
   Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131